IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00941–EWN–MJW

EDITH MONDRAGON,

    Plaintiff,

v.

THE CREDIT UNION OF THE ROCKIES,
a Colorado corporation, and
BRIAN RESCH, in his individual capacity,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the court on the "Request for Dismissal" filed July 7, 2005. The court having read the request filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, without prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this  8  day of July, 2005.

                            BY THE COURT:

                            s/Edward W. Nottingham
                            EDWARD W. NOTTINGHAM
                            United States District Judge